IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY CURTIS,** | : CIVIL ACTION NO. 1:18-CV-2369 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **SPRING CREEK SNF, LLC,** | : |
| Defendant | : |

# ORDER

AND NOW, this 25th day of September, 2020, upon consideration of the motion (Doc. 16) for summary judgment by Spring Creek SNF, LLC, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 16) for summary judgment is GRANTED.

2. The Clerk of Court is directed to enter judgment in favor of Spring Creek SNF, LLC, on all counts.

3. The Clerk of Court is further directed to CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner
        United States District Judge
        Middle District of Pennsylvania